UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| SUZANNE ELIAS, et al.,<br>  Plaintiffs,<br><br>v.<br><br>C.F., a minor, LLOYD FORD, TRACI DAY,<br>THE CITY OF SEVIERVILLE, TENNESSEE,<br>HERMAN HODGE, TANGER FACTORY<br>OUTLET CENTERS, INC., AE OUTFITTERS<br>RETAIL CO., MOTORS LIQUIDATION<br>COMPANY, SATURN CAR COMPANY,<br>  Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:09-CV-486<br>Phillips |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motions to dismiss by defendants C.F., Lloyd Ford, Traci Day, the City of Sevierville, Tennessee, Herman Hodge, Tanger Properties Limited Partnership, and AE Outfitters Retail Co. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendants' motions,

**IT IS ORDERED AND ADJUDGED,** for the reasons stated in the court's memorandum opinion, that this action is **DISMISSED WITH PREJUDICE**.

Dated at Knoxville, Tennessee, this _____ day of May, 2011.

                                                      s/ Patricia L. McNutt
                                                          Clerk of Court